874

Appellant did not testify and offered no evidence in his behalf.

■ Appellant's motion to quash the information because it did not allege that the local option election was legally and properly ordered by the Commissioner's Court was properly overruled. Cox v. State, Tex.Cr.App., 267 S.W.2d 830; Carpenter v. State, 138 Tex.Cr.R. 354, 135 S.W. 2d 1002.

■ The evidence as to appellant's possession of 72 half-pints of whisky in a dry area gave rise to the presumption of the prima facie evidence statute, Art. 666–23 a(2), V.A.P.C., and sustains the jury's verdict finding that appellant possessed the whisky for the purpose of sale.

The judgment is affirmed.

No appearance for appellant.

Dan Walton, Dist. Atty., Eugene Brady, Asst. Dist. Atty., Thomas D. White, Asst. Dist. Atty., Houston, Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is felony theft, with a prior convicton alleged for enhancement; the punishment, ten years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment of the trial court is affirmed, and no motion for rehearing will be entertained in this appeal.